\#7

# United States District Court Western District of Pennsylvania

Martha Fenchak Bell
   plaintiff

v

Loandepot.com LLC
   defendant

19-715

No Fee/No IFP

FILED
JUN 18 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANI

## COMPLAINT FOR VIOLATION OF TITLE X OF DODD-FRANK ACT

And Now, This 6th day of June 2019 Plaintiff brings an action before this Honorable Court to find the Defendant Loandepot guilty of providing a "predatory loan" in the issuing of a mortgage in the amount of $153,000⁰⁰ on the property located at 104 Castle Drive West Mifflin, Pennsylvania 15122 to Plaintiff Martha Fenchak Bell.

This Court is vested with the authority to hear this petition based on the passage of the Dodd Frank Act passed by Congress in response to the Predatory acts of Mortgage Lenders targeting individuals who because of their Race, Age, Health, Sex and Ethanicity That would be vulnerable to their actions.

The plaintiff believes and avers that she was the victim of a predatory Loan by the defendant for the following reasons:

1) Plaintiff income was comprised solely of a Social Security monthly Retirement Benefit of $2,200⁰⁰ and a modest monthly pension of

(1)

```
 100.00    Home Repairs/Maintenance
 160.00    Medical Expenses/Prescriptions
  75.00    Church, Entertainment, Clothing, Hair Care
  80.00    Gasoline
 100.00    Car Repairs
--------
$2,405.00  Other Living Expenses
```

The other Living Expenses with the mortgage from Loan Depot, the defendant guaranteed that their Loan to the Plaintiff was destined to fail and substantiated it's predatory nature.

In conclusion, the defendant established Loan terms that the plaintiff could not meet. The defendant filed a foreclosure action and obtained the foreclosure order on April 11, 2018 without notice to the plaintiff and the plaintiff was served with a notice of sheriff sale to occur on August 6, 2018. Plaintiff filed for Chapter 13 Bankruptcy Protection prior to the sale. Plaintiff because of her incarceration since November 2016 has not been able to receive her Social Security Retirement Benefits and has appealed action. Defendant also entered the Plaintiff's residence destroying valuable assets and padlocked the premises. All of the above actions including not responding to a Loan Modification request made Thru Advantra by the Plaintiff has caused The Plaintiff pain suffering, embarrasment and an exhaberation of her health issues and therefore the plaintiff is asking

(3)

United States District Court Western
District of Pennsylvania

Martha Fenchak Bell
        plaintiff

v.

Loandepot.com LLC
        defendant

COMPLAINT FOR VIOLATION OF TITLE X
OF DODD-FRANK ACT

Certificate Of Service

I certify that a true and correct copy of the attached complaint has been served upon Loandepot.com LLC by mail Thru the United States Postal Service Certified Mail This 10th day of June 2019 at the following address:

    Loandepot.com LLC
    425 Phillips Blvd
    Ewing, New Jersey 08618

Verified as true and accurate under penalty of perjury.

    Martha Fenchak Bell, prose
    Martha Fenchak Bell
    PB0149
    SCI Muncy
    P.O. Box 180
    Muncy, Pa. 17756